39,768-05

Hon: Clerk
DISTRICT Clerk,
IN THE CRIMINAL COURTS
OF APPEALS OF TEXAS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 02 2015

Abel Acosta, Clerk

RE: Brady motion relator requested be added to Art 40.001. Under New Evidance

Dear District Clerk;
    Please I ash for forgiueues, all my Property w/half of my legal documents have been (Confiscated and I Cant remember Your name): will You Please give me Information if you Recieved my two (2) business #10 Envelops with my Brady Motions I addressed to your Honl Office under the name of Louise PEARSON? To Be added to my Art 40.001 (?) Please free along a Self addressed stamp Envelop So yall retourn with Honorable Clerh answer.

                        Thank you for your
                        valuble Time.


Executed thn 28th Day
OF January 2015.

                                    Trutfully Yours
                                    Ismael Bz
                                    Ismael Diaz. Sr # 773609
                                    12120 Savage Drive
                                    Midway, tx 75852
                                    "PRO Se #773609"


                        Art. 40.001